USCA1 Opinion

 

 [NOT FOR PUBLICATION--NOT TO BE CITED AS PRECEDENT] United States Court of Appeals For the First Circuit ____________________No. 98-1259 MIF REALTY, L.P., Plaintiff, Appellee, v. GERALD S. FINEBERG, Defendant, Appellant. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Robert B. Collings, U.S. Magistrate Judge] ____________________ Before Torruella, Chief Judge,Wellford, Senior Circuit Judge, and Selya, Circuit Judge.  _____________________ William I. Cowin, with whom Joel A. Kozol, Christine P.Deshler and Friedman & Atherton were on brief, for appellant. John A. Wortmann, Jr., with whom Margaret M. Pinkham andBrown, Rudnick, Freed & Gesmer P.C. were on brief, for appellee. ____________________  August 5, 1998 ____________________ Per Curiam. After due consideration of the record,briefs, and oral arguments, we affirm the decision on appeal on thebasis of the magistrate judge's memorandum and order. We add onlythat the magistrate judge did not abuse his discretion in denyingthe defendant's belated motion to amend his counterclaims. SeeQuaker State Oil Refining Corp. v. Garrity Oil Co., Inc., 884 F.2d1510, 1517 (1st Cir. 1989). Affirmed.